United States District Court
for the
Eastern District of New York

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION | ) |
| | ) |
| | )   Civil Action No. 19-cv-5881 |
| Plaintiff | ) |
| v. | )   **CERTIFICATE OF DEFAULT** |
| | ) |
| | ) |
| PRISCILLA A. HABEEB, BIBI Z. SANKAR, SLOMINS INC | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern

District of New York, do hereby certify that the Defendants Bibi Z. Sankar and Slomins Inc. did

not file an answer or move with respect to the Complaint. The default of the Defendants, Bibi Z.

Sankar and Slomins Inc., is noted pursuant to Fed. R. Civ. P. § 55(a).


Dated:  Central Islip, New York            Douglas C. Palmer, Clerk of the Court
        December 52019


                                           By: _____/s/ James J. Toritto_____
                                                        Deputy Clerk