**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE: 12/13/2021
                                                                                                      TIME:  3:00 PM
                                                                                                      ☐ **SEALED PROCEEDING**

### CIVIL CAUSE FOR STATUS CONFERENCE (Tel.)
          **CASE:**  2:19-cv-05881-JMA-JMW, Freedom Mortgage Corporation v. Habeeb et al

APPEARANCES:

          For Plaintiff:   Mary Nicholson

          For Defendant:  Gary Fischor

Court Reporter/FTR: 3:05-3:10 (tel.)

**THE FOLLOWING RULINGS WERE MADE:**

☒          Status Conference held. The parties advised the Court of the status of this case.

☒          A Status Conference is scheduled for February 22, 2022 at 2:00 PM via the Court's Video
          Zoom. The Court will email the Zoom invitation closer to the conference date.

          **THE PARTIES ARE REMINDED that audio or video recording of proceedings by any**
          **party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this**
          **rule may result in sanctions, including removal of court issued media credentials, restricted**
          **entry to future hearings, denial of entry to future hearings, or any other sanctions deemed**
          **appropriate by the Court.**

                                                            SO ORDERED
                                                             /s/James M. Wicks
                                                            JAMES M. WICKS
                                                            United States Magistrate Judge