**FRIEDMAN VARTOLO LLP**

_____
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

July 13, 2022

Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza Central Islip, NY 11722

**RE:   PROPOSED BRIEFING SCHEDULE**
*Freedom Mortgage Corporation v. Habeeb et al.*
Civil Action No. 19-cv-05881-JMA-JMW

Dear Hon. Azrack:

My office represents Plaintiff, Freedom Mortgage Corporation (hereinafter "Plaintiff"). We request that this Court adopt the below briefing schedule for Plaintiff's anticipated motion for summary judgment (or any other dates deemed appropriate by this Court):

1) Plaintiff to serve motion by September 1, 2022
2) Defendant to serve any opposition by October 1, 2022
3) Plaintiff to serve any reply by October 25, 2022

We truly appreciate your time and consideration and please do not hesitate to contact the undersigned with any questions and concerns.

Very Truly Yours,

s/ *Zachary Gold*
Zachary Gold

Cc: (All Parties via ECF)

1