

**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
Attorneys & Counselors at Law

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136 | Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811 | Fax: 516.740.0887

Reply to: ☒ Syosset Office
[ ] Brooklyn Office

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Steven E. Shumer
Joel G. Wexler

Dana Goldstein
Jason Kleiger*
Brad A. Schlossberg
Randi E. Taub

Of Counsel:

Lawrence P. Krasin
Andrew M. Lamkin
also admitted in New Jersey*

September 29, 2022

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Amended Proposed Briefing Schedule
Freedom Mortgage Corporation v. Habeeb et al.
Civil Action No: 19-cv-05881-JMA-JMW

Dear Honorable Azrack:

My office represents the Defendant Priscilla Habeeb (hereinafter "Defendant"). We request that the Court adopt the below amended briefing schedule for Plaintiff's pending motion for summary judgment (or any other dates deemed appropriate by this Court):

Zachary Gold, attorney for Plaintiffs and the undersigned have agreed, subject to your Honor's approval, to revise the briefing schedule for Plaintiff's pending motion for summary judgment as follows:

1. Defendant's opposition filed and served by October 14, 2022.
2. Plaintiff's reply to be filed and served by November 4, 2022.

Respectfully yours,

Gary C. Fischoff

Approved:

/s/ Zachary Gold
Zachary Gold

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)