United States District Court
for the
Eastern District of New York

| | | |
|---|---|---|
| FREEDOM MORTGAGE CORPORATION | ) | |
| | ) | |
| | ) | Civil Action No. |
| Plaintiff | ) | 19-cv-05881 (JMA)(JMW) |
| | ) | |
| v. | ) | **NOTICE OF MOTION** |
| | ) | |
| PRISCILLA A. HABEEB; BIBI Z. SANKAR; SLOMINS INC, | ) | |
| | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

**PLEASE TAKE NOTICE** that upon the instant Notice of Motion, Declaration in Support of Friedman Vartolo, LLP by Sean K. Monahan, Esq., attorneys for Plaintiff's assignee, U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V ("RMTP Trust"), and the memorandum of law and affidavit in support, together with the exhibits attached thereto, and upon all the proceedings in this case to date, RMTP Trust will move this Court, without oral argument, before the Honorable Joan M. Azrack, United States District Judge, presiding, at the United States District Courthouse located at 100 Federal Plaza, Brooklyn, Central Islip 11722, Courtroom 920, for an order granting the following to the movant:

(a) Default judgment against Slomins Inc. pursuant to Fed. R. Civ. P. 55;

(b) Such other and further relief this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, Plaintiff will serve these motion papers on all Defendants pursuant to Local Rule 6.1.

1

DATED:   September 8, 2023
           New York, New York

Friedman Vartolo, LLP
Attorneys for Plaintiff
<u>*/s/ Sean K. Monahan*</u>
by: Sean K. Monahan
85 Broad Street, Suite 501
New York, New York 10004
(212) 471-5100
smonahan@friedmanvartolo.com