UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
FREEDOM MORTGAGE CORPORATION,

                            Plaintiff

-against-

PRISCILLA A. HABEEB A/K/A PRISCILLA HABEEB-SANKAR; BIBI Z. SANKAR; SLOMINS INC,

                            Defendants

----------------------------------------------------------------------X

Index No. 19-cv-05881(JMA) (JMW)

**ORDER OF REFERENCE AND DEFAULT JUDGMENT**

**Mortgaged Premises**
3077 Cornwell Place
Baldwin, NY 11510

**Section:** 54
**Block:** 137
**Lots:** 24, 25 and 146

**Mortgage Servicer**: Rushmore Loan Management Services, LLC
**Mortgage Servicer Phone #**: (888) 699-5600

FILED
CLERK
10/1/2024 1:50 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UPON** the Summons, Complaint, and Notice of Pendency filed in this action on the 17th day of October, 2019, the Successive Notices of Pendency filed on January 27, 2020 and December 30, 2022, the Notice of Motion dated September 1, 2022, the affirmation by Zachary Gold, Esq., the Affidavit in Support by Anthony Younger who is an Assistant Secretary of Rushmore Loan Management Services, LLC, duly sworn to on August 31, 2022, together with the exhibits annexed thereto, and all prior papers filed in this action and prior proceedings had herein; and

**UPON** proof that each of the defendants herein has been duly served with the Summons and Complaint in this action, and required notices; and

**UPON** a Notice of Appearance by Priscilla Habeeb and New York State Department of Taxation and Finance;

**AND** it appearing that Bibi Z. Sankar's time to answer the complaint has expired;

Firm File No. 221618-2

**AND** it appearing to the satisfaction of this court that this action was brought to foreclose a mortgage on real property located at 3077 Cornwell Place, Baldwin, NY 11510, in the county of Nassau, State of New York [Section: 54, Block: 137, Lots: 24, 25 and 146],

**NOW**, on motion by FRIEDMAN VARTOLO LLP, attorneys for the Plaintiff, it is hereby

**ORDERED** that summary judgment is granted in favor of Plaintiff and against defendant Priscilla A. Habeeb a/k/a Priscilla Habeeb-Sankar; and it is further

**ORDERED**, that Defendant Priscilla A. Habeeb a/k/a Priscilla Habeeb-Sankar's affirmative defenses in the Answer are hereby stricken and dismissed; and it is further

**ORDERED** that defendant Bibi Z. Sankar is determined to be in default; and it is further

**ORDERED** that ___Kathryn C. Cole___ with an address of ___Garden City 900 Stewart Avenue Garden City, NY 11530 United States___, is hereby appointed Referee, in accordance with RPAPL §1321, to compute the amount due to Plaintiff and to examine whether the mortgaged property may be sold in parcels; and it is further

**ORDERED** that the Referee make his/her computation and report with all convenient speed; and it is further

**ORDERED** that, if necessary, the Referee may take testimony pursuant to RPAPL §1321; and it is further

**ORDERED** that by accepting this appointment the Referee certifies that he/she is in compliance with Part 36 of the Rules of the Chief Judge (22 NYCRR Part 36), including, but not limited to §36.2(c) ("Disqualifications from appointment"), and §36.2(d) ("Limitations on appointments based upon compensation"), and, if the Referee is disqualified from receiving an appointment pursuant to the provisions of the Rule, the Referee shall immediately notify the Appointing Judge; and it is further

**ORDERED** that pursuant to CPLR 8003(a), the statutory fee of $350.00, and in the discretion of the court, a fee of $__500__, shall be paid to the Referee for the computation of the amount due and upon

the filing of his/her report and the Referee shall not request or accept additional compensation for the computation unless it has been fixed by the court in accordance with CPLR 8003(a); and it is further

**ORDERED** that the Referee is prohibited from accepting or retaining any funds for him/herself or paying funds to him/herself without compliance with Part 36 of the Rules of the Chief Administrative Judge; and it is further

**ORDERED** that Plaintiff shall serve a copy of this Order on all parties and persons entitled to notice, including the Referee appointed herein.

This constitutes the decision and order of the court.

**ENTER:**

Dated: 10/1/2024

/s/ Joan M. Azrack
HON.