UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

For Online Publication Only

---------------------------------------------------------------------X
FREEDOM MORTGAGE CORPORATION,

Plaintiff,

-against-

PRISCILLA A. HABEEB A/K/A PRISCILLA HABEEB-SANKAR; BIBI Z. SANKAR; SLOMINS INC.,

Defendants.
---------------------------------------------------------------------X

**ORDER**
19-cv-5881 (JMA) (JMW)

FILED
CLERK
9/28/2026 4:16 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

On December 23, 2024, Referee Kathryn Cole filed her Oath and Report of Amount Due. (ECF No. 50.) On September 22, 2025, Plaintiff Freedom Mortgage Corporation filed the instant Motion for Entry of Default Judgment, (ECF No. 54), and a Proposed Judgment of Foreclosure and Sale, (ECF No. 54-13). Defendants filed a Declaration in Opposition, objecting that: (1) Plaintiff should not be permitted to recover interest on the judgment due to Plaintiff's alleged delays in prosecuting this action; (2) the Referee's report is unsupported by proper evidence; and (3) Plaintiff's request for attorney's fees is excessive. (See ECF No. 55.)

The Court overrules Defendants' objections. As evidenced by the docket history of this action, Plaintiff did not delay the prosecution of this action and promptly complied with all deadlines jointly-proposed by the parties and imposed by this Court. The Referee's report was supported by comprehensive evidence, including 132 pages of transaction history for the subject loan. (See ECF No. 50.) Plaintiff's request for $3,900 in attorney's fees is based on 10 hours of attorney work billed at $300/hour and 9 hours of paralegal work billed at $100/hour, as described in considerable detail in attorney Sean Monahan's affidavit. (See ECF No. 54-1 at 5–8.) This is within the range courts in this jurisdiction have found to be reasonable. See, e.g., HANDL Cap.

531, LLC v. New Generation Holdings, LLC, No. 25-CV-6318, 2026 WL 1130314, at *4 (E.D.N.Y. Apr. 27, 2026) (approving $9,564.74 in fees based on 19.7 hours of work where mortgage foreclosure action was resolved at default judgment). The Court finds that Plaintiff's fee request is reasonable, especially considering that this action was resolved at summary judgment.

Accordingly, the Proposed Judgment of Foreclosure and Sale is SO ORDERED. Plaintiff is awarded, inter alia, $646,961.58 for principal, interest, and advances made pursuant to the Note of the Mortgage, as of October 1, 2024, plus interest for every day thereafter; $2,286.07 for costs and disbursements in this action, plus statutory interest; and $3,900 in attorney's fees.

**SO ORDERED.**

Dated: September 28, 2026
Central Islip, New York

/s/ JMA
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE